IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| NATIONWIDE AGRIBUSINESS INS. CO., (as subrogee of Kent and Joan Darding) | : | CASE NO. 3:18-CV-166 |
| Plaintiff, | : | Judge Walter H. Rice |
| v. | : | |
| DAVID MARTIN CONSTRUCTION CO., et al., | : | |
| Defendants, | : | ORDER |
| v. | : | |
| GEORGE ROBERT CHARLES, dba CHARLES PLUMBING, | : | |
| Third-Party Defendant. | : | |

This matter is before the Court upon the Consented to Motion of Third-Party, Defendant, George Robert Charles, dba Charles Plumbing, for an extension of time to file reply briefs in support of pending motions. [Doc. # 86]. For good cause demonstrated, the Motion for Extension is granted. Consequently, Reply Briefs in support of the following Motions shall be filed on or before March 11, 2020:

    a.) Motion for Summary Judgment of Third-Party Defendant, George Robert Charles, dba Charles Plumbing, filed 01.30.2020, [Doc. # 63];

    b.) Motion in Limine of Third-Party Defendant, George Robert Charles, to Exclude Testimony of Kerry Autio, filed 01.30.2020, [Doc. # 64];

    c.) Motion of Plaintiff, Nationwide Agribusiness Insurance Company

1

a/s/o Kent and Joan Darding, to Exclude Testimony of Defendant, David Martin Construction Company's Expert, Richard Marzola, filed 01.30.2020, [Doc. # 60];

d.) Joinder of Plaintiff, Nationwide Agribusiness Insurance Company a/s/o Kent and Joan Darding, in the Motion in Limine filed by Third-Party Defendant, George Robert Charles to Exclude Testimony of Kerry Autio, filed 01.31.2020, [Doc. # 74];

e.) Joinder of Defendant, George Robert Charles, in Motion and Supporting Memorandum of Plaintiff to Exclude Testimony of Richard Marzola, filed 01.31.2020, [Doc. # 77];

**IT IS SO ORDERED.**

February 27, 2020

JUDGE WALTER H. RICE